IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01983-WJM-KLM

JAMES ROE,

    Plaintiff,

v.

MARGARET HEIL, in her personal capacity and in her official capacity as Chief of Behavioral Health for the Colorado Department of Corrections,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Uncontested Motion to Vacate November 29, 2011 Scheduling/Planning Conference** [Docket No. 18; Filed October 20, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for November 29, 2011, is **VACATED**.  The Court will reset the Scheduling Conference after the District Judge rules on the pending objection [Docket No. 10; Filed September 21, 2011] to the Order regarding Plaintiff's identity issued September 7, 2011 [Docket No. 9].

    Dated:  October 24, 2011